Andrew N. Kohn, Esq., SBN 166385
akohn@pettitkohn.com
**PETTIT KOHN INGRASSIA & LUTZ PC**
11622 El Camino Real, Suite 300
San Diego, CA 92130
Telephone: (858) 755-8500
Facsimile: (858) 755-8504

Attorneys for Defendants
**AT&T CORP. and AT&T MOBILITY, LLC**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREINER ELECTRIC, LLC;<br><br>Plaintiff,<br><br>v.<br><br>GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC.; AT&T CORP.; AT&T MOBILITY, LLC; and HERNANDEZ CONSTRUCTION COMPANY,<br><br>Defendants. | CASE NO.: 15CV0804W BGS<br><br>**CORPORATE DISCLOSURE STATEMENT FOR AT&T CORP. AND AT&T MOBILITY, LLC** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant AT&T Corp., a New York corporation, is a wholly-owned subsidiary of AT&T Inc., a Delaware corporation. AT&T Mobility LLC, a Delaware limited liability company, is a wholly-owned subsidiary of AT&T Inc., a Delaware corporation.

Respectfully Submitted,

**PETTIT KOHN INGRASSIA & LUTZ PC**

Date: December 1, 2015    By:    s/Andrew N. Kohn
Andrew N. Kohn, Esq.
Attorneys for Defendant **AT&T CORP., and AT&T MOBILITY, LLC**

1

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the following document:

**CORPORATE DISCLOSURE STATEMENT FOR AT&T CORP. AND AT&T MOBILITY, LLC**

was on this date served upon counsel of record via:

[ ]  Placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address listed below;

[X]  Electronically filing the following documents with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of these filings to the persons listed below:

| | |
|---|---|
| John L. Smaha, Esq.<br>John Paul Teague, Esq.<br>SMAHA LAW GROUP<br>2398 San Diego Avenue<br>San Diego, CA 92110<br>Tel.: (619) 688-1557<br>Fax: (619) 688-1558<br>jsmaha@smaha.com<br>**Attorneys for Plaintiff,**<br>**GREINER ELECTRIC, LLC** | Michael A. Doornweerd, Esq.<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654-3456<br>Tel: (312) 923-2631<br>Fax: (312) 840-7631<br>MDoornweerd@jenner.com<br>**Attorneys for GENERAL**<br>**DYNAMICS INFORMATION**<br>**TECHNOLOGY, INC.** |

James P. Hill, Esq.
Jonathan S. Dabbieri, Esq.
SULLIVAN HILL LEWIN REZ & ENGEL
350 West "C" Street, Suite 1500
San Diego, CA 92101
Tel: (619) 233-4100
Fax: (619) 2331-4372
E-mail: hill@sullivanhill.com
**Attorneys for JAMES KENNEDY,**
**Chapter 7 Trustee of the Bankruptcy**
**Estate of HERNANDEZ**
**CONSTRUCTION COMPANY**

Executed on **December 1, 2015**, at San Diego, California.

_/s/ Teresa B. Saucedo_
Teresa B. Saucedo